## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of California

Case Number: 2:19-CV-09781 DDP (JPRX)

Plaintiff:
**Daivid Doyle**

vs.

Defendant:
**Shore Funding Solutions Inc., a New York Corporation**

For:
Justin Prato, SBN 246968
Prato & Reichman
8555 Aero Drive, Suite 303
San Diego, CA 92123

Received by ProLegal Litigation Support Services, Inc. on the **5th day of December, 2019 at 1:57 pm** to be served on **Shore Funding Solutions Inc., c/o Registered Agents, Inc. Attn.: Luther Bara, 1267 Willis Street, Suite 100, Redding, CA 96001**.

I, Linda C. Abbay, do hereby affirm that on the **18th day of December, 2019 at 4:37 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; COMPLAINT FOR DAMAGES, INCLUDING PUNITIVE DAMAGES, INTEREST AND ATTORNEY'S FEES, AND FOR INJUNCTIVE RELIEF; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES** with the date and hour of service endorsed thereon by me, to: **Sarah Alexander** as **Authorized to Accept Service** for **Shore Funding Solutions Inc., c/o Registered Agents, Inc. Attn.: Luther Bara**, at the address of: **1267 Willis Street, Suite 100, Redding, CA 96001**, and informed said person of the contents therein, in compliance with state statutes.

I hereby declare that I am over the age of 18 and have no interest in the above action and that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty of perjury.

*Linda C. Abbay*
**Linda C. Abbay**
Process Server #43

**ProLegal Litigation Support Services, Inc.**
**313 Middle Street**
**Yreka, CA 96097**
**(530) 842-0800**

Our Job Serial Number: DWN-2020000008

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8.1g

ProLegal Litigation Support Services, Inc
313 Middle Street
Yreka, CA 96097
Phone: (530) 842-0800
Fax: (530) 842-0800
47-4615545

**INVOICE**

Invoice #DWN-2020000008
1/17/2020



Justin Prato, SBN 246968
Prato & Reichman
8555 Aero Drive, Suite 303
San Diego, CA 92123

**Case Number:  2:19-CV-09781 DDP (JPRX)**

Plaintiff:
**Daivid Doyle**

Defendant:
**Shore Funding Solutions Inc., a New York Corporation**

Received: 12/5/2019    Served: 12/18/2019 4:37 pm  CORPORATE
To be served on: Shore Funding Solutions Inc., c/o Registered Agents, Inc. Attn.: Luther Bara

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 55.00 | 55.00 |
| **TOTAL CHARGED:** | | | $55.00 |

**BALANCE DUE:**                                                                                                            $55.00

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g