Justin Prato Esq, SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISON

| | |
|---|---|
| DAVID DOYLE,<br><br>           Plaintiff,<br>    vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>           Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**REQUEST TO ENTER DEFAULT AGAINST ALL DEFENDANTS** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff DAVID DOYLE hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant SHORE FUNDING SOLUTIONS INC., a New York Corporation on the grounds that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Defendant SHORE FUNDING SOLUTIONS INC. was served the summons and complaint and other initiating papers on December 18, 2019 via its authorized agent for service of process pursuant to the Federal Rules of Civil Procedure.

Defendant Option One Finance, LLC should have answered the summons by January 18, 2020.

Defendant has not filed a responsive pleading to the summons as of today, February 12, 2020.

Counsel for Plaintiff was originally contacted by an alleged counsel for the Defendant requesting additional time to respond. However, counsel for Plaintiff never received the requested stipulation from that person as required. No person has contacted counsel for Plaintiff requesting any additional time since.

Neither Defendant is a minor or incompetent person. [FRCP 55(b)(1); see First American Bank, N.A. v. United Equity Corp. 89 FRD 81, 86 (D. DC 1981)].

The above stated facts are set forth in the accompanying declaration of Justin Prato, filed herewith.

DATED: February 12, 2020	**PRATO & REICHMAN, APC**

    /s/ Justin Prato Esq.
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff

## AFFIDAVIT OF SERVICE

I, Justin Prato, declare that I am a resident of the State of California and I am over the age of eighteen years and not a party to the action. My business address is 8555 Aero Drive, # 303 San Diego CA, 92123. On February 12, 2020, I served the following documents on the interested parties:

- **Request for Entry of Default**
- **Declaration of Justin Prato in support**

I did this by placing a true copy of such documents, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed to the following recipients;
SHORE FUNDING SOLUTIONS INC.
c/o Registered Agents Inc.
Attn: Luther Bara
126 Willis Street, Suite 100
Redding CA 96001

SHORE FUNDING SOLUTIONS INC.
Shore Funding Solutions
3 Huntington Quad St, Suite 407N,
Melville, NY 11747

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this document is executed in San Diego California.

DATED: August 18, 2016                              **PRATO & REICHMAN, APC**

                                                                                             __/s/ Justin Prato Esq._____
                                                                                             By: Justin Prato Esq..
                                                                                             **Prato & Reichman, APC**
                                                                                             Attorneys for Plaintiff