Justin Prato Esq, SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISON

| | |
|---|---|
| DAVID DOYLE,<br><br>            Plaintiff,<br>     vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>            Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**DECLARATION OF JUSTIN PRATO IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS** |

I, Justin Prato, declare as follows:

1. I am an attorney licensed to practice in California and before this Court. I am a partner of Prato & Reichman, APC, and lead counsel for Plaintiff David Doyle in this matter. I submit this declaration in support of David Doyle's Request To Enter Default. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. The Summons and Complaint in this matter was filed on November 14, 2019. [See, Doc. No.'s 1-4].

- 1 -

Decl of Atty Prato re Request To Enter Default

3. The Summons and Complaint in this matter was personally served on Defendant on December 18, 2019. [Doc. No. 9].

4. Under F.R.C.P. Rule 12, the Defendant was required to respond, answer or otherwise plead to the Summons Complaint by January 18, 2020.

5. Defendant has not filed a responsive pleading to the summons as of today, February 12, 2020.

6. Counsel for Plaintiff was originally contacted by an alleged counsel for the Defendant requesting additional time to respond. However, counsel for Plaintiff never received the requested stipulation from that person as required. No person has contacted counsel for Plaintiff requesting any additional time since.

7. Defendant SHORE FUNDING SOLUTIONS INC. in the above-entitled action is a corporation, and cannot be considered a minor or incompetent person. [FRCP 55(b)(1); *see First American Bank, N.A. v. United Equity Corp.* 89 FRD 81, 86 (D. DC 1981)].

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this on the date listed below at San Diego, California.

DATED: February 12, 2020                    **PRATO & REICHMAN, APC**


　　　　　　　　　　　　　　　　　　　　　　　__/s/ Justin Prato Esq._____
　　　　　　　　　　　　　　　　　　　　　　　By: Justin Prato Esq..
　　　　　　　　　　　　　　　　　　　　　　　**Prato & Reichman, APC**
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff