Justin Prato Esq, SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Facsimile:  619-241-8309

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DOYLE, | Case No.: 2:19-cv-09781-DDP |
| Plaintiff, | |
| vs. | **APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| SHORE FUNDING SOLUTIONS INC., a New York Corporation. | |
| Defendants. | Hon. DEAN D. PREGERSON<br>Hearing Date: May 11, 2020<br>Hearing Time: 10:00 a.m. |

**TO: TO DEFENDANT AND (HIS/HER) ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT on May 11, 2020, at 10:00 AM or as soon thereafter as this matter may be heard by the above-entitled Court, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA. 90012 9th Floor, Courtroom 9C, plaintiff will present its application for a default judgment against defendant.  The clerk has previously entered the default of said defendant on February 13, 2020.  At the time and place of hearing, plaintiff will present proof of the following matters:

Application For Default Judgment

1. Neither Defendant is a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendants have not appeared in this action;

3. Notice of this application for default judgment by court was served by mail on said defendants on April 2, 2020, by mailing it to their last known address, as required by Local Rule 55-2 (*See*, *also*, F.R.C.P. 5(b)(2)(C));

4. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint, to wit: $153,455.00;

5. The amount of judgment sought is the sum of $ 153,455.00.

This Application is based on this notice, the attached memorandum of points and authorities, the attached declarations of Justin Prato, and the pleadings, files and other matters that may be presented at the hearing.

DATED: April 2, 2020                     **PRATO & REICHMAN, APC**


__/s/ Justin Prato Esq._____
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff

Application For Default Judgment

## AFFIDAVIT OF SERVICE

I, Justin Prato, declare that I am a resident of the State of California and I am over the age of eighteen years and not a party to the action.  My business address is 8555 Aero Drive, # 303 San Diego CA, 92123.  On April 2, 2020, I served the following documents on the interested parties:

- **Application for Default Judgement**
- **Memorandum of Points and Authorities in support**
- **Proposed Judgment**
- **Declaration of Justin Prato in support**

I did this by placing a true copy of such documents, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed to the following recipients;

SHORE FUNDING SOLUTIONS INC.
c/o Registered Agents Inc.
Attn: Luther Bara
126 Willis Street, Suite 100
Redding CA 96001

SHORE FUNDING SOLUTIONS INC.
Shore Funding Solutions
3 Huntington Quad St, Suite 407N,
Melville, NY 11747

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this document is executed in San Diego California.

DATED: April 2, 2020                  **PRATO & REICHMAN, APC**

    \_\_/s/ Justin Prato Esq._____
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff

Application For Default Judgment