Justin Prato Esq, SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DOYLE,<br><br>    Plaintiff,<br>vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>    Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**DECLARATION OF JUSTIN PRATO IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>Hon. DEAN D. PREGERSON<br>Hearing Date: May 11, 2020<br>Hearing Time: 10:00 a.m. |

I, Justin Prato, certify and declare as follows:

1.      I am an attorney at law duly licensed and admitted to practice before all courts of the State of California, and Central District of California.  The matters stated herein are true, of my own personal knowledge except where stated on information and belief.

- 1 -
Declaration of Justin Prato

2. This Declaration is offered in support of Plaintiff's Application for Default Judgment and pertains solely to procedural matters and costs.

3. The Complaint in this matter was filed on November 14, 2019.

4. Defendant SHORE FUNDING SOLUTIONS INC. was served the summons and complaint and other initiating papers on December 18, 2019 via its authorized agent for service of process pursuant to the Federal Rules of Civil Procedure.

5. Defendants did not answer and have never appeared in this action.

6. Plaintiff filed a Request for Entry of Default in this matter February 12, 2020 and default was entered by the Court on February 13, 2020

7. Costs accrued in this matter are as follows:

- $400 Filing Fee;
- 55 for service on SHORE FUNDING SOLUTIONS INC;

8. Total costs expended in this matter amount to $ 455.00.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this document is executed by me in San Diego County, California.

DATED: April 2, 2020                    **PRATO & REICHMAN, APC**

                                                                   __/s/ Justin Prato Esq._____
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff