JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID DOYLE,<br><br>            Plaintiff,<br>     vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>            Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**JUDGMENT**<br><br><br><br><br>Hon. DEAN D. PREGERSON<br>Hearing Date: May 11, 2020<br>Hearing Time: 10:00 a.m. |

# **JUDGMENT**

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff DAVID DOYLE against Defendants SHORE FUNDING SOLUTIONS INC. jointly and severally.

Defendants SHORE FUNDING SOLUTIONS INC. jointly and severally, must pay Plaintiff PAUL SAPAN the sum of One-Hundred Fifty Three Thousand, Four Hundred Fifty Five and zero cents ($153,455.00).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: July 9, 2020

_____

Hon. DEAN D. PREGERSON