|   |   |
|---|---|
| 1 | Justin Prato Esq, SBN 246968 |
| 2 | PRATO & REICHMAN, APC |
|   | 8555 Aero Drive, Suite 303 |
| 3 | San Diego, CA 92123 |
|   | Telephone: 619-886-0252 |
|   | Facsimile:  619-241-8309 |

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DAVID DOYLE, | Case No. 2:19-cv-09781-DDP |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA RE:** |
| vs. | **FINAL JUDGEMENT** |
| SHORE FUNDING SOLUTIONS INC., a New York Corporation. | |
| Defendants. | |

Please find attached hereto the corrected final judgment with the proper plaintiff name in the second line that should have been filed.

DATED: July 20, 2020                               **PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　　　　　　　  __/s/ Justin Prato Esq._____
　　　　　　　　　　　　　　　　　　　　　　　 By: Justin Prato Esq..
　　　　　　　　　　　　　　　　　　　　　　　 **Prato & Reichman, APC**
　　　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff

- 1 -
NOTICE OF ERRATA
.