1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID DOYLE,<br><br>    Plaintiff,<br>vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>    Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**AMENDED JUDGMENT**<br><br><br><br>Hon. DEAN D. PREGERSON<br>Hearing Date: May 11, 2020<br>Hearing Time: 10:00 a.m. |

## **AMENDED JUDGMENT**

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff DAVID DOYLE against Defendants SHORE FUNDING SOLUTIONS INC. jointly and severally.

Defendants SHORE FUNDING SOLUTIONS INC. jointly and severally, must pay Plaintiff DAVID DOYLE the sum of One-Hundred Fifty Three Thousand, Four Hundred Fifty Five and zero cents ($153,455.00).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: __7-23-20_____

_____
HON. DEAN D. PREGERSON

- 2 -