```
1   Justin Prato Esq, SBN 246968
    PRATO & REICHMAN, APC
2   8555 Aero Drive, Suite 303
    San Diego, CA 92123
3   Telephone: 619-886-0252
    Facsimile:  619-241-8309
4   Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISON

| | |
|---|---|
| DAVID DOYLE,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation.<br><br>　　　　Defendants. | Case No.: 2:19-cv-09781-DDP<br><br>**Proof of Service of Judgment** |

## PROOF OF SERVICE

I, Justin Prato, declare that I am a resident of the State of California and I am over the age of eighteen years and not a party to the action.  My business address is 8555 Aero Drive, # 303 San Diego CA, 92123.  On December 24, 2020 I served the following documents on the interested parties:

- **Amended Judgement against SHORE FUNDING SOLUTIONS INC.**

- 1 -

Proof of Service

I did this by placing a true copy of such documents, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego California, via certified mail return receipt addressed to the following recipients;

SHORE FUNDING SOLUTIONS INC.
c/o Registered Agents Inc.
Attn: Luther Bara
126 Willis Street, Suite 100
Redding CA 96001

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this document is executed in San Diego California.

DATED: 01/26/2021                    **PRATO & REICHMAN, APC**

                                                  __/s/ Justin Prato Esq._____
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff